IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BILL BOWERMAN**                                                                               **PLAINTIFF**

v.                                    **CASE NO. 5:21-CV-5168**

**ATLANTIC SPECIALTY INSURANCE COMPANY**                   **DEFENDANT**

### ORDER OF DISMISSAL

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that this case be, and it is hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 6th day of June 2022.

                                                                    *Christy Comstock*
                                                                   CHRISTY COMSTOCK
                                                                   UNITED STATES MAGISTRATE JUDGE